FILED
January 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003203184

David P. Adalian
Attorney at Law
State Bar #47373
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Defendant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

HERITAGE PACIFIC FINANCIAL, LLC.
D/B/A HERITAGE PACIFIC FINANCIAL, a
Texas Limited Liability Company,

    Plaintiff,

vs.

Case No. 10-16121-B-7

Adversary Proceeding No. 10-01202

MARGARTA MIGUEL MALDONADO

    Defendant.

NOTICE OF DEPOSITION
Rule 30, Federal Rules of Civil Procedure

    TO HERITAGE PACIFIC FINANCIAL, LLC:

    PLEASE TAKE NOTICE THAT ON January 31, 2011, at the hour of 2:00 p.m., at 2534 W. Main St. Visalia CA. 93291, Defendant, MARGARTA MIGUEL MALDONADO, will take the deposition of Gloria Tovar, whose address is 2100 S. Hall Street, Visalia, California 93277.

    Gloria Tovar is the person who prepared the loan application subject of this proceeding.

Defendant has requested that the Deponent produce documents as described in the Subpoena Duces Tacum served upon her, a copy of which is attached hereto and by this reference incorporated herein.

January 7, 2011

/s/ David P. Adalian
Attorney for Defendant

B255 (Form 255 – Subpoena in an Adversary Proceeding) (12/07)

| UNITED STATES BANKRUPTCY COURT - EASTERN DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re [Debtor Name(s)]:<br>**MARGARITA MIGUEL MALDONADO** | **SUBPOENA IN AN ADVERSARY PROCEEDING** | |
| | Case No. * **10-16121** | Chapter **7** |
| Plaintiff(s):<br>**HERITAGE PACIFIC FINANCIAL, LLC.**<br>**D/B/A HERITAGE PACIFIC FINANCIAL, a**<br>**Texas Limited Liability Company,** | Adversary Proceeding No. **10-01202-B** | |
| Defendant(s):<br>**MARGARITA MIGUEL MALDONADO** | TO: **GLORIA TOVAR**<br>Name<br>Address **2100 S. HALL ST.**<br>**VISALIA, CA. 93277** | |

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY<br>NONE | COURTROOM NONE |
|---|---|
| | DATE AND TIME NONE |

★ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| PLACE OF DEPOSITION<br>2534 W. MAIN ST.<br>VISALIA, CA. 93291 | DATE AND TIME<br>JANUARY 31, 2011  2:00 P.M. |
|---|---|

★ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

COPIES OF DOCUMENTS OR OTHER TANGIBLE INFORMATION RELATED TO THE APPROVAL OF ANY MORTGAGE LOAN AGREEMENT ALLEGED WITH DEFENDANT MARGARITA MIGUEL MALDONADO. INCLUDING LOAN DOCS, PROOF OF ANY W2"S, NOTED INCOME VERIFICATION, ANY INFORMATION INDICATING THE PROPERTY WOULD BE INHABITED BY NEPHEW BOARDO FELIPE, AND ANY ELECTRONIC MEDIA.

| PLACE<br>2534 W. MAIN ST<br>VISALIA, CA. 93291 | DATE AND TIME<br>JANUARY 31, 2011  2:00 P.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES<br>NONE | DATE AND TIME<br>NONE |
|---|---|

Any organization not a party to this adversary proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in adversary proceedings by Rule 7030, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PARTY)<br>*/signature/* | DATE<br>1/11/2011 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER<br>DAVID P. ADALIAN 5501 W. HILLSDALE VISALIA, CA. 93291  559-733-8990 | |

* If the bankruptcy case or the adversary proceeding is pending in a district other than the district in which the subpoena is issued, state the district under the case number or adversary proceeding number.