FILED
February 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003256268

DAVID P. ADALIAN
Attorney at Law
State Bar # 47373
5501 W. Hillsdale Dr., Ste C
Visalia, California 93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

Heritage Pacific Financial

v

Margarita Miguel Maldonado

Case No: 10-16121-B-7

Adversary Proceeding
10-01202-B

RESPONSE TO PLAINTIFF'S FIRST SET OF
DEMAND FOR DOCUMENTS AND TANGIBLE THINGS

Margarita Miguel Maldonado responds to the First Set of Demand For Documents And Tangible Things of Heritage Pacific Financial as follows:

**Demand for Production of Documents No 1:**

Pay advices for 2006

2005 tax return

Loan application

Settlement Statement for purchase of real property

Hand written notes of loan payment calculation

Copy of card of Gloria Tovar

See Response to Request 1, attached

**Demand for Production of Documents No 2:**

Pay advices for 2006

- 1 -

Loan application

Settlement Statement for purchase of real property

Hand written notes of loan payment calculation

Copy of card of Gloria Tovar

See Response to Request 2, attached

**Demand for Production of Documents No 3:**

None

**Demand for Production of Documents No 4:**

None

**Demand for Production of Documents No 5:**

None

**Demand for Production of Documents No 6:**

Loan application

Note secured by deed of trust

See Response to Request 6, attached

**Demand for Production of Documents No 7:**

None

**Demand for Production of Documents No 8:**

None

**Demand for Production of Documents No 9:**

None

**Demand for Production of Documents No 10:**

Pay advices from Ruiz Food Products, Inc.

See Response to Request 10, attached.

**Demand for Production of Documents No 11:**

None

**Demand for Production of Documents No 12:**

W-2 for 2005

See Response to Request 12, attached.

**Demand for Production of Documents No 13:**

2006 Federal Tax Return

See Response to Request 13, attached.

**Demand for Production of Documents No 14:**

2007 Federal Tax Return

See Response to Request 14, attached.

**Demand for Production of Documents No 15:**

2006 State Tax Return

See Response to Request 15, attached.

**Demand for Production of Documents No 16:**

2007 State Tax Return

See Response to Request 16, attached.

**Demand for Production of Documents No 17:**

None

**Demand for Production of Documents No 18:**

None

**Demand for Production of Documents No 19:**

None

**Demand for Production of Documents No 20:**

2006 Pay advices

See Response to Request 20, attached.

**Demand for Production of Documents No 21:**

None

**Demand for Production of Documents No 22:**

None

**Demand for Production of Documents No 23:**

Loan application

2006 Pay advices

2005 tax return

**Demand for Production of Documents No 24:**

Copy of California Water Service bill in the name of Bardominano Felipe for the subject real property.

Copy of The Gas Company bill in the name of Veronica Gonzales, the wife of Bardo Felipe for the subject real property.

See Response to Request 24, attached.

**Demand for Production of Documents No 25:**

Copy of Checks of Bardo Felipe for loan payments.

Copy of California Water Service bill in the name of Bardominano Felipe for the subject real property.

Copy of The Gas Company bill in the name of Veronica Gonzales, the wife of Bardo Felipe for the subject real property.

See Response to Request 25, attached.

**Demand for Production of Documents No 26:**

2006 Pay Advices

2005 Tax Return

See Response to Request 26, attached.

**Demand for Production of Documents No 27:**

2006 Pay Advices

2005 Tax Return

See Response to Request 27, attached.

**Demand for Production of Documents No 28:**

None

**Demand for Production of Documents No 29:**

None

Executed February 2, 2011, at Visalia, California.

                                          /s/ David P. Adalian
                                          David P. Adalian