3

FILED

MAY 31 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re ) | Case Number 10-16121-B-7 |
| ) | |
| Tolentino Maldonado and ) | |
| Margarita Miguel Maldonado, ) | |
| ) | |
|        Debtors. ) | |
| _____ ) | |
| ) | |
| Heritage Pacific Financial, LLC, ) | Adversary Proceeding No. 10-1202 |
| dba Heritage Pacific Financial, ) | |
| a Texas Limited Liability ) | |
| Company, ) | |
| ) | |
|        Plaintiff, ) | |
| ) | |
|    v. ) | Date: July 11, 2011 |
| ) | Time: 9:00 a.m. |
| Margarita Miguel Maldonado, ) | Place: Courtroom 13, Department F |
| ) |       Fifth Floor, U.S. Courthouse |
| ) |       2500 Tulare Street |
|        Defendant. ) |       Fresno, CA |
| _____ ) | |

NOTICE OF AND ORDER FOR EVIDENTIARY HEARING/TRIAL

( x )    A one-day evidentiary hearing/trial will be held before the Honorable Richard T. Ford on July 11, 2011, at 9:00 a.m., in Courtroom 13, Department F, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

NOTE:  HEARING/TRIAL DATES ARE NOT CONTINUED OR VACATED ABSENT GOOD CAUSE, ON NOTICED MOTION, SUPPORTED BY COMPETENT EVIDENCE.

( x )    Hearing/Trial is scheduled for one day.

( x )    The parties shall not be required to file written evidentiary objections, provided however, that if written evidentiary objections are filed, they shall be filed and served together with the submission of trial briefs and lists of witnesses.

EACH PARTY HERETO, OR EACH PARTY'S RESPECTIVE ATTORNEY, SHALL, ON OR BEFORE JULY 1, 2011, AT 4:00 P.M., FILE WITH PROOF OF SERVICE UPON EACH ADVERSE PARTY:

40

( x )     A list of all witnesses to be called by the parties, including complete addresses with zip codes and phone numbers; a brief statement of the issues on which the witness is expected to testify; and a disclosure of whether the witness will be asked to testify as an expert, and if so, on what topic.

( x )     A trial brief emphasizing the factual issues in dispute, and not in dispute, the legal issues in dispute, and the appropriate law, including a Table of Contents and Table of Cases. The trial brief shall contain a short statement of facts; all admissions and stipulations of the parties; and a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority (9th Circuit if available) in support thereof. Trial briefs shall not exceed ten pages in length.

( x )     Any written evidentiary objections.

( x )     Any requests for the use of audio visual equipment during the trial shall be filed by July 1, 2011.

EACH PARTY HERETO, OR EACH PARTY'S RESPECTIVE ATTORNEY, SHALL, ON OR BEFORE JULY 1, 2011, AT 4:00 P.M., DELIVER TO THE CLERK, U.S. BANKRUPTCY COURT, WITH A COVER PAGE CLEARLY MARKED, "NOT TO BE FILED, DELIVER TO LAW CLERK, CHAMBERS OF JUDGE W. RICHARD LEE," THE ORIGINAL AND ONE COPY OF THE FOLLOWING, WITH PROOF OF SERVICE UPON EACH ADVERSE PARTY:

( x )     All documents and other items of evidence proposed to be identified and introduced, together with a cover page consisting of an index of said documents and items of evidence. Plaintiff will mark and separate with tabs all of its documents "1," "2," and following. Defendant will mark and separate with tabs her documents "A," "B," and following. In the case of two (2) or more exhibits, they should be placed in three-ring binders.

(1)     The parties shall make a good faith attempt to stipulate to the authenticity and possible admissibility (without the necessity for live testimony) of the documents that have been exchanged.

(2)     Each party submitting document shall certify in writing that all of the documents are legible, have been read by the certifying party/trial attorney, and are relevant to the issues of the proceeding.

(3)     Requirements for stipulations for settlement:

       (a)     Stipulations for settlement shall be in writing, executed by each party or their counsel and delivered, before the date of hearing/trial, to Chambers of Judge W. Richard Lee; or

       (b)     If time constraints prevent reducing a settlement to writing prior to hearing/trial, all the parties, or their counsel, shall (1) advise Chambers of the settlement; and (2) appear at the time set for hearing/trial and recite the stipulation on the record.

/ / /

/ / /

1　(4)　Failure to comply with this order may result in the imposition of sanctions, including not being permitted to call witnesses who were not timely identified or to introduce into evidence exhibits, copies of which were not timely submitted.

Dated: May ___3/___, 2011

W. Richard Lee
United States Bankruptcy Judge