UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Heritage Pacific Financial, LLC. v. Maldonado | **Case No :** | 10-16121 - B - 7 |
| | | **Adv No :** | 10-01202 - B |
| | | **Date :** | 7/11/11 |
| | | **Time :** | 9:00 |
| **Matter :** | Trial - [15] - First Amended Complaint filed by Plaintiff Heritage Pacific Financial, LLC. (ltrf) | | |
| **Judge :** | Richard T. Ford | | |
| **Courtroom Deputy :** | Vicky McKinney | | |
| **Reporter :** | Kim Thayer | | |
| **Department :** | F | | |

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - Brad A. Mokri
**Respondent(s) :**
    Defendant - Margarita Miguel Maldonado

TRIAL was:
Dropped from calendar

Defendant does not speak english. The court security officer, Leonard Lujan, stepped to help interpret.

Settled. The plaintiff has offered a settlement of $1.00. Defendant accepted offer and will pay the $1.00 with the condition that a receipt is given to indicate balance is paid in full.